UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY ZEWDU, et al.,<br><br>                     Plaintiffs,<br>     v.<br><br>CYNTHIA MUNITA, et al.,<br><br>                     Defendants. | CASE NO. C20-0011JLR<br><br>ORDER GRANTING STIPULATED STAY |

Before the court is the parties' stipulated motion to stay this matter. (Stip. (Dkt. # 8). Based on the parties' representations, the court finds good cause to STAY this matter until further order of the court. The court further ORDERS that (1) the parties shall file a joint status report within 10 days of the completion of the administrative proceedings identified in the parties' stipulation (*see id.* at 1-2), or 60 days after the filing date of this order, whichever is earlier; and (2) any party may move to terminate the stay

//

//

ORDER - 1

at any time if the party no longer believes the stay serves the purposes for which it was entered.

Dated this 10th day of March, 2020.

JAMES L. ROBART
United States District Judge