*Honorable James L. Robart*

Devin T. Theriot-Orr, WSBA 33995
Whitney C. Wootton, WSBA 54074
Open Sky Law, PLLC
20415 72nd Ave S, Ste 110
Kent, WA 98032
Ph.   (206) 962-5052
Fax   (206) 681-9663
Em    devin@opensky.law
      whitney@opensky.law

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| Kimberly Zewdu and Menelik Zewdu,<br><br>Plaintiffs,<br><br>v.<br><br>Cynthia Munita, Director of the U.S.C.I.S. Seattle Field Office; Jodi Bard, Director of the U.S.C.I.S Helena Field Office; Kenneth T. Cuccinelli, Acting Director of U.S.C.I.S.; Chad F. Wolf, Acting Secretary of the United States Department of Homeland Security,<br><br>Defendants. | No. 2:20-cv-11-JLR<br><br>A. No. 077-763-078<br><br>Stipulation and Order Dismissing Case |

The parties have conferred and stipulate as follows:

1.     Defendants reopened the underlying adjustment of status application and visa petition and scheduled an interview on the case for March 16, 2020.

2.     The Plaintiffs attended the interview.



Stipulation and Proposed Order Dismissing Case – 1
No. 2:20-cv-11-JLR

1.     3.     Defendant approved the visa petition and the adjustment of status application. Effective March 16, 2020, Plaintiff Menelik Zewdu is a lawful permanent resident of the United States.

4.     Accordingly, this matter may be dismissed, with prejudice, and without an award of fees or costs to either party.

Stipulated this 19th day of March, 2020.

| OPEN SKY LAW, PLLC | UNITED STATES ATTORNEY |
|---|---|
| /s/ Devin T. Theriot-Orr | /s/ Kyle A. Forsyth |
| Devin T. Theriot-Orr, WSBA 33995 | Kyle A Forsyth, WSBA 34609 |
| 20415 72nd Ave S, Ste. 110<br>Kent, WA 98032<br>Ph. (206) 962-5052<br>Fax (206) 681-9663<br>Em. devin@opensky.law | 700 Steward Street, Suite 5220<br>Seattle, WA 98101-1271<br>Ph. (206) 553-7970<br>Fax (206) 553-4067<br>Em. kyle.forsyth@usdoj.gov |



Open Sky Law, PLLC
20415 72nd Ave. S., Suite 110
Kent, WA 98032
Ph. (206) 962-5052
Fax (206) 681-9663
www.opensky.law

**Order Dismissing Case**

Pursuant to the foregoing stipulation, this matter is dismissed with prejudice and without an award of fees or costs to either party.

Dated this 24th day of March, 2020.

_____
JAMES L. ROBART
United States District Judge

Open Sky Law, PLLC
20415 72nd Ave. S., Suite 110
Kent, WA 98032
Ph. (206) 962-5052
Fax (206) 681-9663
www.opensky.law